AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
| v. | ) | |
| **Khalil Tchanga KANATE** | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____**April 11, 2026**_____ in the county of _____**Webb**_____ in the _____**Southern**_____ District of _____**Texas**_____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 8 USC 1324(a)(1)(A)(ii) | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

Continued on Affidavit

☑ Continued on the attached sheet.

/S/Martin Chapa-Jr
_____
*Complainant's signature*

Martin Chapa-Jr                    Border Patrol Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence,

Date:  April 14, 2026

_____
*Judge's signature*

City and state:    Laredo, Texas

Christopher dos Santos    , U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| Khalil Tchanga KANATE | Case Number: |

On April 11, 2026, a Border Patrol Agent (BPA) was working his assigned duties on the west access road of Interstate 35 (I-35) near mile marker 27 (MM27), north of Laredo, Texas, in Webb County. At approximately 8:56 p.lll., the BPA observed a black Toyota Rav4 drive past the underpass on the east access road then reverse and turn into the underpass. towards the west access road. The BPA noticed minimal traffic at the checkpoint where a OPS would not re-route the Rav4 to take the west access road. The Rav4 also did not match the usual traffic seen on the west access road such as oi I field related vehicles, heavy duty trucks, and local ranchers. As the Rav4 passed the BPAs location, he noticed the driver had a rigid posture, avoided eye contact, and both arms were locked straight with both hands gripping the steering wheel. The BPA began to follow the Rav4 and observed a back seat passenger appear and rais his head before ducking back down to conceal himself. The Rav4 came back registered out of Houston, Texas which has been a prominent area related to smuggling. T,,,e BPA observed the Rav4 swerving in and out of the lane more than once. The BPA conducted a roving patrol stop on the Rav4 and it yielded at nearby gas station near the MM32. As the BPA approached the vehicle, the driver, Khalil Tchanga KANA TE, stepped out of the vehicle and appeared to be worried and had watery eyes. At the same time, the BPA observed multiple occupants sit up and begin looking around. The BPA detained KANA TE and performed an immigration inspection on three occupants in the vehicle. All three subjects were found to be illegal aliens (IAs). The three IAs and KANA TE were placed under arrest.

PRINCIPLE STATEMENT: Khalil Tchanga KANATE was read his Miranda rights and acknowledged them by signing DHS service form I-214 and agreed to provide a statement without a lawyer present. KANATE stated he saw an advertisement on social media to make quick money and was offered $2,000 United States Dollars (USD) for each person he would drive to San Antonio, Texas. He drove to Laredo, Texas and began to have second thoughts about the job but was then threatened by the recruiter and he complied. He picked up three subjects at a grocery store parking lot and then began to drive on I-35. He was advised to circumvent the checkpoint by taking the west access road. He was also instructed to instruct the IAs to duck down.

MATERIAL WITNESS STATEMENT: Walter Eliseo VELASQUEZ-Miranda (a citizen of Guatemala) stated he paid $3,900 USD to be smuggled to San Antonio, Texas. He crossed the Rio Grande River on April 9, 2026, and was taken to a house where he stayed for one day. He was then taken to an unknown location and instructed to get in a car and lay down in the back. VELASQUEZ stated there was no interaction between him and the driver.

SUBSCRIBED and SWORN to before me on

_____14th_____ day of _____April, 2026_____

| | |
|---|---|
| _____ | /S/  Chapa-Jr, Martin    Border Patrol Agent |
| Signature of Judicial Officer | Signature of Complainant |